# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DANIEL BLYMAN,<br><br>                Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>                Respondent. | Case No. 1:14-cv-00836-LJO-BAM HC<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>Doc. 21<br><br>RESPONSE DUE IN FIFTEEN DAYS |

      Petitioner Stephen Daniel Blyman is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 12, 2015, this Court granted Petitioner's motion for stay and abeyance, directing Petitioner to file a status report within sixty days of the order and to file status reports every ninety (90) days thereafter.  Although more than ninety days have elapsed since his submission of a status report on April 1, 2015, Petitioner has failed to submit an updated status report.

      The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on Plaintiff's failure to comply with a court order.  Fed. R. Civ. P. 11; Local Rule 110.

1

Accordingly, the Court HEREBY ORDERS that:

1. Within **fifteen (15) days** from the date of service of this order, Petitioner shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order filed February 12, 2015. Submission of the required status report shall be deemed compliance with this requirement.
2. The Clerk of Court shall mail a copy of this order to Plaintiff's address, along with a copy of the Court's February 12, 2015 order (Doc. 21).
3. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **July 13, 2015**                     /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE