UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DANIEL BLYMAN,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN<br><br>    Respondent. | CASE NO. 1:14-cv-00836-LJO-BAM  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 24) |

  Petitioner, proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for appointment of counsel. In habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases.

  In the above-captioned case, the Court finds no evidence that the interests of justice require the appointment of counsel at this time. Accordingly, the Court hereby DENIES Petitioner's motion for appointment of counsel.

IT IS SO ORDERED.

 Dated: **August 5, 2015**      /s/ *Barbara A. McAuliffe*
                    UNITED STATES MAGISTRATE JUDGE