1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

EASTERN DISTRICT OF CALIFORNIA

8

9

10   STEPHEN DANIEL BLYMAN,                    Case No. 1:14-cv-00836-LJO-BAM  HC

                 Petitioner,

11                                              ORDER DISCHARGING
         v.                                     ORDER TO SHOW CAUSE

12
     WARDEN,

13
                 Respondent.                    (Doc. 23)

14

15

16       On August 3, 2015, Petitioner Stephen Daniel Blyman, a state prisoner proceeding with a

17   petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed a status report regarding his

18   pending state petition for writ of habeas corpus.  Petitioner reports that the California Court of

19   Appeals denied his petition on May 19, 2015.  Accordingly, the stay of the federal habeas petition

20   shall continue pending disposition of the state petition by the California Supreme Court.

21
         Petitioner is reminded that, pursuant to this Court's February 12, 2015 order granting

22

23   Petitioner's motion to stay proceedings pending exhaustion of state remedies (Doc. 21), he is

24   required to file a status report regarding the progress of his state petition every ninety days until

25   exhaustion is complete.  This means that Petitioner must file the next status report on or before

26   November 4, 2015.  No later than 30 days after Petitioner is served with the final order of the

27   ///

28

1

California Supreme Court, however, Petitioner must file an amended federal petition in this Court including all claims that are then exhausted.

The Court hereby ORDERS that the Order to Show Cause issued July 14, 2015 (Doc. 23) be DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 5, 2015**                                 /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE