# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DANIEL BLYMAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. 1:14-cv-00836-LJO-BAM  HC<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. 21)<br><br>RESPONSE DUE IN FIFTEEN DAYS |

　　　　Petitioner Stephen Daniel Blyman is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 12, 2015, this Court granted Petitioner's motion for stay and abeyance, directing Petitioner to file a status report within sixty days and to file status reports every ninety days thereafter.  Although more than ninety days have elapsed since his last submission of a status report on August 3, 2015, Petitioner has failed to file a status report.

　　　　The Court has discretion to impose any and all sanctions authorized by statute or rule or within the inherent power of the Court, including dismissing the action, based on a petitioner's failure to comply with a court order.  F.R.Civ.P. 11; Local R. 110.

　　　　Accordingly, the Court hereby orders that:

　　　　1.　　Within **fifteen (15) days** from the date of service of this order, petitioner shall file a written response to the Court, showing cause why the case should not be dismissed for

1

Petitioner's failure to obey the Court's order of February 12, 2015.  Submission of the required status report shall be deemed compliance with this requirement.

2. The Clerk of Court shall mail a copy of this order to Petitioner's address, along with a copy of the Court's February 12, 2015, order (Doc. 21).

3. Petitioner's failure to comply with this order top show cause will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **November 16, 2015**                    /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE