# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DANIEL BLYMAN,<br><br>              Petitioner,<br><br>      v.<br><br>WARDEN,<br><br>              Respondent. | Case No. 1:14-cv-00836-DAD-BAM  HC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br><br>(Doc. 27) |

Petitioner Stephen Daniel Blyman is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 12, 2015, this Court granted Petitioner's motion for stay and abeyance, directing Petitioner to file a status report within sixty days and to file status reports every ninety days thereafter.  On November 16, 2015, noting that Petitioner had failed to file a timely status report, the Court issued an order to show cause why the case should not be dismissed for failure to comply with a court order.  Doc. 27.  Petitioner filed a response and status report on December 3, 2015.  Doc. 29.

Accordingly, the Court hereby ORDERS that the order to show cause issued November 16, 2015 (Doc. 27), be discharged.

IT IS SO ORDERED.

   Dated:   **December 9, 2015**                    /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE

1