UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DANIEL BLYMAN,<br><br>        Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>        Respondent. | No.  1:14-cv-00836-DAD-SKO   HC<br><br>**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>**(Doc. 39)** |

    Petitioner Stephen Daniel Blyman is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 1, 2016, this Court lifted the order of stay and abeyance in the above-captioned case and directed Petitioner to file an amended petition including the newly exhausted claims by July 29, 2016.  Although the time provided for the filing of the amended petition for writ of habeas corpus has now passed, Petitioner has failed to file an amended petition.

    The Court has discretion to impose any and all sanctions authorized by statute or rule or within the inherent power of the Court, including dismissing the action, based on a petitioner's failure to comply with a court order.  F.R.Civ.P. 11; Local R. 110.

    Accordingly, the Court hereby orders that:

    1.    Within **fifteen (15) days** from the date of service of this order, Petitioner shall file a written response to the Court, showing cause why the petition should not be

1

dismissed for Petitioner's failure to obey the Court's order filed June 1, 2015.  Submission of the amended petition for writ of habeas corpus within the fifteen-day-period shall be deemed compliance with this requirement.

       2.       The Clerk of Court shall mail a copy of this order to Petitioner's address, along with a copy of the Court's June 1, 2016, order (Doc. 39).

       3.       Petitioner's failure to comply with this order to show cause will result in a recommendation that the Court dismiss this action.

IT IS SO ORDERED.

Dated:   **August 9, 2016**                                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE